JOHN SHIELDS

*v.*

STATE OF ILLINOIS.

*Opinion filed October 2, 1916.*

1. GOVERNMENTAL FUNCTION—*State in conducting hospital exercises.* The State in conducting the Cook County Hospital exercises a governmental function, and is not liable in tort for acts of its agents in that behalf.

2. RESPONDEAT SUPERIOR—*doctrine of—does not apply to State.* The doctrine of *respondeat superior* does *not apply to the State.*

Walter T. Stanton, for Claimant.

P. J. Lucey, Attorney General, for State.

The declaration sets up that claimant was employed as an elevator operator in the Cook County Hospital, and was injured as he claims in an accident while he was operating an elevator, through the negligence of a foreman.

The State has demurred and for special cause of demurrer sets up that the doctrine of *respondeat superior* is not applicable to the State of Illinois.

This Court has repeatedly held that the State in the exercise of a governmental function is not responsible for injuries to its employees, and in consequence thereof, the demurrer must be sustained.